# Exhibit A

**From:** Robert Thoren <sales@paintmeter.com>
**Date:** December 20, 2012, 6:29:01 PM EST
**To:** "'Vernon, Joseph G.'" <Vernon@MillerCanfield.com>
**Subject: RE: Elcometer, Inc. v. Paintmeter.com et al [MCPS-ACTIVE.FID1085532]**

Joe Vernon, for the record, I have never received any lawsuit from you, have not been served a lawsuit, have not set foot in the usa in more than 7 years and have no presence there

whatsoever.

as an offer in compromise, I will take any pictures of and any reference to the elcometer name and their products off my website, when my website designer comes back into the

country in one month, after Jan 15th, 2013. He is visiting family in Russia for the holidays. When he gets back, it will take a couple of weeks to do this, it will be done, as usual with

elcometer, at my cost, by Jan 31, 2013.

In the meantime, I will do no internet advertising of this website.

Send me an email stating that you accept this and you will cease any further action, I will do what I say and we can wrap this up.

Note, you are wasting your time and your client's money pursuing this matter. You will recover nothing from me, not one dime, mark my words.

Regards,

Robert thoren

---

**From:** Vernon, Joseph G. [mailto:Vernon@MillerCanfield.com]

1/25/2013

**Sent:** Thursday, December 20, 2012 5:44 PM
**To:** 'sales@paintmeter.com'
**Cc:** Palizzi, A. Michael
**Subject:** Elcometer, Inc. v. Paintmeter.com et al [MCPS-ACTIVE.FID1085532]

Mr.. Thoren,

Please see the attached Motion for Preliminary Injunction and Brief in Support of same, filed on behalf of Elcometer, Inc. today.

Regards,

---

**Joseph G. Vernon** | Attorney and Counselor at Law
**Miller Canfield**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226 (USA)
T +1.313.496.7669 | F +1.313.496.8453 | **Mobile** +1.313.720.8353
vernon@millercanfield.com | View Profile + VCard

---

**From:** Vernon, Joseph G.
**Sent:** Tuesday, November 20, 2012 10:54 AM
**To:** 'sales@paintmeter.com'
**Cc:** Palizzi, A. Michael
**Subject:** Elcometer, Inc. v. Paintmeter.com et al [MCPS-ACTIVE.FID1085532]

Mr.. Thoren,

We sent the attached summonses and complaint by registered mail to your listed addresses in Miami, Port Richey and Panama. Please review and return the attached waivers of service. If you have counsel, please forward these items to counsel and have them contact me.

Regards,

---

**Joseph G. Vernon** | Attorney and Counselor at Law
**Miller Canfield**
150 West Jefferson, Suite 2500
Detroit, Michigan 48226 (USA)
T +1.313.496.7669 | F +1.313.496.8453 | **Mobile** +1.313.720.8353
vernon@millercanfield.com | View Profile + VCard

---

NOTICE TO PERSONS SUBJECT TO UNITED STATES TAXATION (MCPS)

DISCLOSURE UNDER TREASURY CIRCULAR 230: The United States Federal tax advice, if any, contained in this document and its attachments may not be used or referred to in the promoting, marketing or recommending of any entity, investment plan or arrangement, nor is such advice intended or written to be used, and may not be used, by a taxpayer for the purpose of avoiding Federal tax penalties.

1/25/2013