-------- Original Message --------
Subject: 1-6-12 inv 311
From: <sales@paint-test.com>
Date: Mon, December 16, 2013 10:14 am
To: joel@tqc.usa.com


**From:** Kelley Torzewski [mailto:accounting@elcometerusa.com]
**Sent:** Friday, January 06, 2012 4:43 PM
**To:** sales@paintmeter.com
**Subject:** Elcometer, Inc.: Invoice #72854



INVOICE

| DATE | INVOICE # |
|---|---|
| 1/6/2012 | 72854 |

1893 Rochester Industrial Drive
Rochester Hills MI 48309
United States
248 650 0500

| BILL TO | SHIP TO |
|---|---|
| ZUNY | ZUNY |
| PAINTMETER.COM | PAINTMETER.COM |
| PTY 9001 | PTY 9001 |
| 8375 NW 68TH ST | 8375 NW 68TH ST |
| MIAMI FL 33166 | MIAMI FL 33166 |
| United States | United States |

| Terms | Due Date | Customer PO # | Sales Rep | Ship Via | Ship Date |
|---|---|---|---|---|---|
| CREDIT CARD | 1/6/2012 | PAINTMETER | Kelley Torzewski | FEDEX 2 DAY | 1/4/2012 |

| Item | QTY | Description | Price Each | Total |
|---|---|---|---|---|
| A311FNFE | | 10311 FNF "HIGH LINE" AUTOMOBILE INSPECTION GAUGE. (STEEL AND ALUMINIUM AUTO-SWITCH) RANGE: 0-20 MILS. | 543.75 | 5,437.50 |

1



**INVOICE**

| DATE | INVOICE # |
|---|---|
| 1/6/2012 | 72854 |

Includes: gauge, belt holster, water resistant plastic protective cover, checkpieces, calibration shim, batteries & instructions. Lifetime warranty on calibration. 5 year warranty covers everything except abuse!

T99913537    10PLASTIC PROTECTIVE COVER                                    0.00      0.00

Subtotal  5,437.50
S & H (FEDEX 2 DAY)    0.00
Invoice Total  5,437.50
**Amount Due** $5,437.50

ORDER IS COMPLETE. THANK YOU. CHARGED TO VISA