# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ELCOMETER, INC.,

    Plaintiff,

vs.

    Case No. 4:12-cv-14628
    Hon. Gershwin A. Drain

TQC-USA, INC., PAINTMETER.COM
and ROBERT THOREN,

    Defendants.
_____

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED, by and between the parties hereto, pursuant to the Settlement Agreement between Elcometer, Inc. and TQC-USA, Inc., that the within cause may be dismissed as to Defendant TQC-USA, Inc., only, with prejudice and without costs as to either party.

This Court retains jurisdiction to enforce the terms of the Settlement Agreement.

SO ORDERED.


Dated: July 2, 2014

    /s/Gershwin A Drain
    GERSHWIN A. DRAIN
    US DISTRICT COURT JUDGE

2

| | |
|---|---|
| s/ Joseph G. Vernon (P68951) w/consent | s/ Thomas E. Anderson (P32564) |
| A. Michael Palizzi (P47262) | Thomas E. Anderson (P32564) |
| Joseph G. Vernon (P68951) | Erin Morgan Klug (P73361) |
| MILLER, CANFIELD, PADDOCK and STONE, P.L.C. | GIFFORD, KRASS, SPRINKLE, ANDERSON & CITKOWSKI, P.C. |
| 150 West Jefferson Ave., Suite 2500 | 2701 Troy Center Drive, Suite 330 |
| Detroit, MI 48226 | Troy, Michigan 48007-7021 |
| (313) 963-6420 | litigation@patlaw.com |
| (313) 496-8453 (Fax) | (248) 647-6000 |
| *Attorneys for Plaintiff* | (248) 647-5210 (Fax) |
| | *Attorneys for Defendant TQC-USA, Inc.* |